SMITH MOTOR CAR CORPORATION, Respondent, *v.* IRA HAUPT et al., Appellants.

(Argued April 6, 1931; decided May 12, 1931.)

*I. Cyrus Gordon* for appellants.

*Sol M. Selig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.